UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PATRICK R. TREANOR, LORRAINE KELLEY TREANOR, INDIVIDUALLY, AND AS PARENT AND NEXT FRIEND OF MADELYN TREANOR, AND AS PARENT AND NEXT FRIEND OF ALLISON TREANOR | : : : : : : | CIVIL ACTION NO. 05 11538 NMC |
| v. | : : | |
| NATIONAL RAILROAD PASSENGER CORPORATION (a/k/a "AMTRAK") AND CSX TRANSPORTATION, INC. | : : : : | |

## ASSENT TO REMOVAL

The defendant CSX Transportation, Inc. assents to and joins in the removal of this action by Defendant National Railroad Passenger Corporation a/k/a Amtrak.

                                                Defendants,
                                                National Railroad Passenger Corporation and
                                                CSX Transportation, Inc.
                                                By and Through Their Attorneys,

                                                Paul E. Dwyer, Jr., Esq. (BBO #553848)
                                                William H. Priestley, Esq. (BBO #630627)
                                                EDWARDS & ANGELL, LLP
                                                2800 Financial Plaza
                                                Providence, RI 02903-2499
                                                Phone: (401) 274-9200
                                                Fax:   (401) 276-6611

## CERTIFICATE OF SERVICE

I hereby certify that on this ___18th___ day of July, 2005, I served a copy of the within document by causing a copy to be sent via First Class U.S. Mail, postage pre-paid to the above-named counsel.

TO:   Peter M. McElroy, Esquire
      Cosgrove, Eisenberg & Kiley, P.C.
      803 Hancock Street, P.O. Box 189
      Quincy, MA 02170

_____
William H. Priestley, Esq.