UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK R. TREANOR, LORRAINE KELLEY TREANOR, INDIVIDUALLY, AND AS PARENT AND NEXT FRIEND OF MADELYN TREANOR, AND AS PARENT AND NEXT FRIEND OF ALLISON TREANOR<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (a/k/a "AMTRAK") AND CSX TRANSPORTATION, INC. | C.A. NO. 05-CV-11538-NMG |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1

The defendants and their attorneys, Edwards & Angell, LLP, hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and (b) have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

NATIONAL RAILROAD PASSENGER
CORPORATION, and CSX
TRANSPORTATION, INC.

*/s/ William J. Countess*
William Countess, AIC
60 Massachusetts Avenue, NE
Washington, D.C. 20002
Phone: (202) 906-3697

EDWARDS & ANGELL, LLP

*/s/ Paul E. Dwyer, Jr.*
Paul E. Dwyer, Jr., Esq. (BBO #553848)
William H. Priestley, Esq. (BBO #630627)
2800 Financial Plaza
Providence, RI 02903-2499
Phone: (401) 274-9200
Fax:    (401) 276-6611