UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-CV-11538-NMG

PATRICK R. TREANOR,
LORRAINE KELLEY TREANOR,
INDIVIDUALLY, AND AS PARENT
AND NEXT FRIEND OF
MADELYN TREANOR, AND AS
PARENT AND NEXT FRIEND OF
ALLISON TREANOR
    *Plaintiff*
v.

NATIONAL RAILROAD PASSENGER CORPORATION
(a/k/a "AMTRAK") AND
CSX TRANSPORTATION, INC.
    *Defendants*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1

The plaintiffs and their attorneys, Cosgrove, Eisenberg & Kiley, P.C., hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and (b) have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

Cosgrove, Eisenberg & Kiley, P.C.

_____
Peter M. McElroy, Esq. (BBO No: 332480)
803 Hancock Street
Quincy, MA 02170
Phone: (617) 479-7770
Fax:   (617) 773-6901

Patrick R. Treanor
(individually, and on behalf of all plaintiffs/my family members)

_____
122 Curve Street
Dedham, MA 02026
781-326-1479