UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 05-CV-11538-NMG

PATRICK R. TREANOR,
LORRAINE KELLEY TREANOR,
INDIVIDUALLY, AND AS PARENT
AND NEXT FRIEND OF
MADELYN TREANOR, AND AS
PARENT AND NEXT FRIEND OF
ALLISON TREANOR
    *Plaintiff*
v.

NATIONAL RAILROAD PASSENGER CORPORATION
(a/k/a "AMTRAK") AND
CSX TRANSPORTATION, INC.
    *Defendants*

---

**FRCP 26 (a) (1) Discovery Response**

---

    On behalf of Plaintiffs, counsel hereby makes initial discovery disclosures pursuant to Federal Rule of Civil Procedure 26 (a) (1):

    (A)

    The four plaintiffs have discoverable information in support of their claims. The plaintiffs all reside at 122 Curve Street, Dedham, MA 02026.

    Plaintiffs' physicians, all of whom are identified in treatment records, which have been previously produced to defendant AMTRAK, and which are available for further inspection and copying at the office of plaintiffs' counsel.

    Dana C. Hewins, Ph.D. – 1 Tamett Brook Road, Lakeville, MA 02347. Dr. Hewins is an economist retained by the plaintiffs, and is expected to be called as an expert witness on their behalf. He has reviewed tax records of the plaintiffs, tax records and payroll records of Perfusion Supply, Inc. (Mr. Treanor's company) and records concerning Mr. Treanor's Veteran's Administration contract for Perfusion Supply, Inc. All of the aforementioned records reviewed to date by Dr. Hewins have been supplied to defendant AMTRAK, and are also available for further inspection and copying at the offices of plaintiffs' counsel. These records include the names and addresses of employees of Perfusion Supply, Inc. who may have information relative to the claims of Patrick Treanor.

Rule 26 response, Pg.2, 11/11/2005

(B)

Medical records, billing statements, tax records of the plaintiffs' and tax records and business records of Perfusion Supply, Inc. are available at the office of Plaintiffs' counsel, at 803 Hancock St., Quincy, MA 02170, for further inspection and copying. See also attached exhibits A – H. Supplemental records and bills have been sought from providers and will be produced to defendants as soon as received.

(C)

See attached exhibits A – H.  Further answering, report of Dr. Hewins, dated 10/1/2003 has previously been provided to defendants, and can also be reviewed and copied at the office of plaintiffs' counsel.

(D)

No responsive documents.

                Respectfully submitted,
                Cosgrove, Eisenberg & Kiley, P.C.


/s/ Peter M. McElroy
Peter M. McElroy, Esq. (BBO No: 332480)
Cosgrove, Eisenberg & Kiley, P.C.
803 Hancock Street
Quincy, MA 02170
Phone: (617) 479-7770
Fax:    (617) 773-6901

| | |
|---|---|
| CLIENT: | Patrick R. Treanor |
| DATE OF LOSS: | April 18, 2002 |
| OUR FILE NO.: | trt10883 |

### CHRONOLOGICAL LIST OF MEDICAL RECORDS

## A.

| | |
|---|---|
| 04/18/02 | Putnam Community Medical Center – Emergency Department Record<br>Charles T. Donaldson, M.D. |
| 04/18/02 | Putnam Community Medical Center – Conditions for Treatment |
| 04/19/02 | Putnam Community Medical Center – Office Note<br>Bryan Denham, M.D. |
| 04/22/02 | Brigham & Women's Hospital – Referral – Consultation Form<br>John Ready, M.D. |
| 04/22/02 | Brigham & Women's Hospital – Progress Notes<br>Physical Therapy |
| 04/22/02 | Brigham & Women's Hospital – Office Note<br>John Ready, M.D. |
| 04/22/02 | Brigham & Women's Hospital – Radiology - Diagnostic Report<br>Leyla Alparslan, M.D. |
| 04/26/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 05/03/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 05/06/02 | New England Baptist Hospital – Authorization Form / Questionnaire<br>Michael J. Lowney, M.D. |

| | |
|---|---|
| 05/06/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 05/10/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 05/17/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 05/20/02 | Brigham & Women's Hospital – Office Note<br>John Ready, M.D. |
| 05/21/02 | Quest Diagnostics – Office Note |
| 05/21/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 05/31/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 06/07/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 06/11/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 06/20/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 06/27/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 07/02/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 07/09/02 | Brigham & Women's Hospital – Office Note<br>John Ready, M.D. |
| 12/02/02 | Brigham & Women's Hospital – Office Note<br>John Ready, M.D. |

**CHRONOLOGICAL LIST OF MEDICAL BILLS**

**B.**

| | | |
|---|---|---|
| 04/18/02 | Putnam Medical Center<br>P.O. Box 778<br>Palatka, FL  32178-0778<br>Charles T. Donaldson, M.D. | 515.00 |
| 04/22/02 | Brigham & Women's Hospital<br>P.O. Box 9111<br>Charlestown, MA  02129-9111<br>Leyla Alparslan, M.D. | 529.00 |
| 04/22/02 | Brigham & Women's Hospital<br>John Ready, M.D. | 604.00 |
| 04/22/02 | Brigham & Women's Hospital<br>John Ready, M.D. | 350.00 |
| 04/26/02 | New England Baptist Hospital<br>2081 Centre Street<br>West Roxbury, MA  02132<br>Michael J. Lowney, M.D. | 130.00 |
| 05/03/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 130.00 |
| 05/06/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 815.00 |
| 05/10/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 130.00 |
| 05/17/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 130.00 |
| 05/20/02 | Brigham & Women's Hospital<br>John Ready, M.D. | 200.00 |

| Date | Provider | Amount |
|---|---|---|
| 05/21/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 115.00 |
| 05/31/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 130.00 |
| 06/07/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 130.00 |
| 06/11/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 130.00 |
| 06/22/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 130.00 |
| 06/27/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 130.00 |
| 07/02/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 130.00 |
| 07/09/02 | Brigham & Women's Hospital<br>John Ready, M.D. | 130.00 |
| 12/02/02 | Brigham & Women's Hospital<br>John Ready, M.D. | <u>130.00</u> |
| | **TOTAL:** | **$ 4,688.00** |

CLIENT: Lorraine Kelley Treanor

DATE OF LOSS: April 18, 2002

OUR FILE NO.: trt10883

## CHRONOLOGICAL LIST OF MEDICAL RECORDS

# C.

04/18/02      Putnam Community Medical Center – Emergency Department Record
Charles T. Donaldson, M.D.

04/18/02      Putnam Community Medical Center – Emergency Physician Record
Charles T. Donaldson, M.D.

04/18/02      Putnam Community Medical Center – Emergency Nursing Triage Record
Beth Stewart, R.N.

04/18/02      Putnam Community Medical Center – E.D. Nurse's Notes
S. Collie, R.N.

04/18/02      Putnam Community Medical Center – E.D. Office Note / Report
Charles T. Donaldson, M.D.

04/22/02      Brigham & Women's Hospital – Referral – Consultation Form
John Ready, M.D.

04/22/02      Brigham & Women's Hospital – Progress Notes
Physical Therapy

04/22/02      Brigham & Women's Hospital – Office Note
John Ready, M.D.

04/22/02      Brigham & Women's Hospital – Radiology - Diagnostic Report
Piran Aliabadi, M.D.

04/24/02      New England Baptist Hospital – Office Note
Michael J. Lowney, M.D.

| | |
|---|---|
| 05/03/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 05/06/02 | New England Baptist Hospital – Authorization Form / Questionnaire<br>Michael J. Lowney, M.D. |
| 05/09/02 | Boston Imaging Associates, P.C. – Radiologic Examination Report<br>Elizabeth Wilson, M.D. |
| 05/10/02 | New England Baptist Hospital – Office Note<br>Damon Spitz, M.D. |
| 05/13/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 05/14/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 05/20/02 | Brigham & Women's Hospital – Office Note<br>John Ready, M.D. |
| 05/24/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 05/30/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 06/06/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 06/07/02 | Boston Imaging Associates, P.C. – Radiologic Examination Report<br>Susan Davis, M.D. |
| 06/10/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 06/14/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 06/17/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 06/19/02 | Tufts University School of Medicine – Office Note<br>Steven Kaufman, Ph.D. |
| 06/27/02 | New England Baptist Hospital – Office Note |

|          |                                                                      |
|----------|----------------------------------------------------------------------|
|          | Michael J. Lowney, M.D.                                              |
| 07/12/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 07/22/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 07/30/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 07/31/02 | Open MRI of Dedham – Office Note<br>David D. Stark, M.D.             |
| 08/05/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 08/13/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 08/22/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 09/06/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 09/13/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 09/20/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 09/24/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 10/01/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |
| 10/08/02 | New England Baptist Hospital – Office Note<br>Michael J. Lowney, M.D. |

## CHRONOLOGICAL LIST OF MEDICAL BILLS

## D.

| Date | Provider | Amount |
|---|---|---|
| 04/18/02 | Putnam Medical Center<br>P.O. Box 778<br>Palatka, FL  32178-0778<br>Charles T. Donaldson, M.D. | 1,720.22 |
| 04/22/02 | Brigham & Women's Hospital<br>P.O. Box 9111<br>Charlestown, MA  02129-9111<br>John Ready, M.D. | 350.00 |
| 04/24/02 | New England Baptist Hospital<br>2081 Centre Street<br>West Roxbury, MA  02132<br>Michael J. Lowney, M.D. | 130.00 |
| 05/03/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 95.00 |
| 05/06/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 130.00 |
| 05/10/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 815.00 |
| 05/13/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 95.00 |
| 05/20/02 | Brigham & Women's Hospital<br>John Ready, M.D. | 200.00 |
| 05/24/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 225.00 |
| 05/30/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 95.00 |
| 06/06/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 130.00 |

| Date | Provider | Amount |
|---|---|---|
| 06/10/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 95.00 |
| 06/14/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 95.00 |
| 06/21/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 130.00 |
| 06/27/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 95.00 |
| 07/12/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 130.00 |
| 07/22/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 130.00 |
| 07/30/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 95.00 |
| 08/13/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 95.00 |
| 08/22/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 95.00 |
| 09/06/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 95.00 |
| 09/13/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 130.00 |
| 09/20/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 95.00 |
| 09/24/02 | New England Baptist Hospital<br>Michael J. Lowney, M.D. | 130.00 |

**TOTAL:** $ 5,395.22

**CLIENT:** Madelyn Treanor

**DATE OF LOSS:** April 18, 2002

**OUR FILE NO.:** trt10883

---

## CHRONOLOGICAL LIST OF MEDICAL RECORDS
---

# E.

| | |
|---|---|
| 04/18/02 | Putnam Community Medical Center – Emergency Department Record<br>Charles T. Donaldson, M.D. |
| 04/18/02 | Putnam Community Medical Center – Emergency Nursing Triage Record<br>Pelham, R.N. |
| 04/18/02 | Putnam Community Medical Center – Emergency Physician's Orders<br>Nick Anderson, M.D. |
| 04/18/02 | Putnam Community Medical Center – E.D. Nurse's Notes |
| 04/22/02 | Dedham Medical Associates, Inc. – Progress Note<br>Lisbeth M.B. Howe, M.D. |
| 05/07/02 | Dedham Medical Associates, Inc. – Progress Note<br>Lisbeth M.B. Howe, M.D. |
| 05/08/02 | Dedham Medical Associates, Inc. – Prescription / Referral Authorization<br>Lisbeth M.B. Howe, M.D. |
| 05/11/02 | Dedham Medical Associates, Inc. – Progress Note / Referral Authorization<br>Lisbeth M.B. Howe, M.D. |
| 05/14/02 | Dedham Medical Associates, Inc. – Prescription / CT Scan<br>Lisbeth M.B. Howe, M.D. |
| 05/24/02 | Dedham Medical Associates, Inc. – Check Up<br>Lisbeth M.B. Howe, M.D. |
| 05/24/02 | Newton-Wellesley Hospital – E.D. Registration / Clinical Information<br>Brian Sard, M.D. |

05/24/02    Newton-Wellesley Hospital – E.D. Physician's Notes
            Brian Sard, M.D.

05/24/02    Newton-Wellesley Hospital – Progress Notes
            Brian Sard, M.D.

05/24/02    Newton-Wellesley Hospital – PCI Radiology Report
            S. Mitchell Rivitz, M.D.

05/30/02    Dedham Medical Associates, Inc. – Progress Note
            Lisbeth M.B. Howe, M.D.

07/08/02    Children's Hospital Boston – Office Note
            Mark R. Proctor, M.D.

09/06/02    Dedham Medical Associates, Inc. – Progress Note
            Lisbeth M.B. Howe, M.D.

12/06/02    Dedham Medical Associates, Inc. – Progress Note
            Lisbeth M.B. Howe, M.D.

01/06/03    Dedham Medical Associates, Inc. – Progress Note
            Lisbeth M.B. Howe, M.D.

01/13/03    Dedham Medical Associates, Inc. – Progress Note
            Lisbeth M.B. Howe, M.D.

01/13/03    Open MRI of Dedham – MRI of the Brain
            Harvey L. Levine, M.D.

01/13/03    Quest Diagnostics
            Salim E. Kabaat, M.D.

01/30/03    Dedham Medical Associates, Inc. – Progress Note
            Lisbeth M.B. Howe, M.D.

02/12/03    Dedham Medical Associates, Inc. – Progress Note
            Lisbeth M.B. Howe, M.D.

## CHRONOLOGICAL LIST OF MEDICAL BILLS

## F.

| Date | Provider | Amount |
|---|---|---|
| 04/18/02 | Putnam Medical Center<br>P.O. Box 778<br>Palatka, FL  32178-0778<br>Charles T. Donaldson, M.D. | 145.00 |
| 04/22/02 | Dedham Medical Associates, Inc.<br>P.O. Box 9136<br>Dedham, MA  02027<br>Lisbeth M.B. Howe, M.D. | 92.00 |
| 05/24/02 | Newton-Wellesley Hospital<br>Patients Account Department<br>2014 Washington Street<br>Newton, MA  02462<br>Brian Sard, M.D. | 1,409.00 |
| 07/08/02 | Boston Neurosurgical<br>Mark R. Proctor, M.D. | 208.00 |

**TOTAL:** $ **1,854.00**

**CLIENT:**          Allison Treanor

**DATE OF LOSS:**    April 18, 2002

**OUR FILE NO.:**    trt10883

---

### CHRONOLOGICAL LIST OF MEDICAL RECORDS
---

# G.

04/18/02     Putnam Community Medical Center – Emergency Department Record
             Charles T. Donaldson, M.D.

## CHRONOLOGICAL LIST OF MEDICAL BILLS

## H.

| | | |
|---|---|---|
| 04/18/02 | Putnam Medical Center<br>P.O. Box 778<br>Palatka, FL  32178-0778<br>Charles T. Donaldson, M.D. | 80.00 |
| | **TOTAL:** | **$  80.00** |