UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICK R. TREANOR, LORRAINE
KELLEY TREANOR, INDIVIDUALLY, AND
AS PARENT AND NEXT FRIEND OF     :   C.A. NO. 05-CV-11538-NMG
MADELYN TREANOR, AND AS PARENT
AND NEXT FRIEND OF ALLISON TREANOR:

v.

NATIONAL RAILROAD PASSENGER
CORPORATION (a/k/a "AMTRAK") AND
CSX TRANSPORTATION, INC.

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties herein, that defendants agree not to contest liability for compensatory damages, solely for the purposes of the above-entitled matter, and plaintiffs agree that they will not seek any discovery from defendants relating to liability or punitive damages, and the only issues in discovery and at trial will be medical causation and the amount of compensatory damages.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may not be used, referred to or filed in any case other than the action herein.

DATED: January 19, 2006

| | |
|---|---|
| PATRICK R. TREANOR, LORRAINE KELLEY TREANOR, INDIVIDUALLY, AND AS PARENT AND NEXT FRIEND OF MADELYN TREANOR, AND AS PARENT AND NEXT FRIEND OF ALLISON TREANOR | NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak") and CSX TRANSPORTATION, INC. |
| By Their Attorneys COSGROVE, EISENBERG & KILEY, P.C. | By Their Attorneys EDWARDS ANGELL PALMER & DODGE, LLP |
| _____ Peter M. McElroy, Esquire (BBO #332480) 803 Hancock Street, P.O. Box 189 Quincy, MA 02170 Phone: (617) 479-7770 | _____ Paul E. Dwyer, Jr., Esq. (BBO #553848) William H. Priestley, Esq. (BBO #630627) 2800 Financial Plaza Providence, RI 02903-2499 Phone: (401) 274-9200 Fax: (401) 276-6611 |