UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK R. TREANOR, LORRAINE : <br> KELLEY TREANOR, INDIVIDUALLY, AND : <br> AS PARENT AND NEXT FRIEND OF : <br> MADELYN TREANOR, AND AS PARENT : <br> AND NEXT FRIEND OF ALLISON TREANOR : <br> : <br> v. : <br> : <br> NATIONAL RAILROAD PASSENGER : <br> CORPORATION (a/k/a "AMTRAK") AND : <br> CSX TRANSPORTATION, INC. : | C.A. NO. 05-CV-11538-NMG |

## JOINT MOTION TO EXTEND SCHEDULING ORDER

NOW COME the parties jointly and request this Honorable Court to enter an Order extending the Scheduling Order by 60 days. As reasons therefor, the parties state as follows:

1. This is a personal injury lawsuit filed in July 2005 arising out of an incident that occurred on April 18, 2002 in Florida.

2. Defendants timely removed the case to this Court and filed an answer.

3. The parties have narrowed the issues in this case by stipulation filed with the Court on or about January 19, 2006. Among other things, the stipulation obviated the need for discovery as to liability as defendants conceded liability by stipulation.

4. Written discovery served on the plaintiffs remains outstanding, largely due to a serious automobile accident involving Mr. Treanor's parents. As a result of this incident, Mr. Treanor has spent a substantial amount of time in New York recently caring for his parents. As a result there has been a delay in plaintiffs' ability to respond to defendants' discovery requests.

5. The parties seek to extend the tracking order in this case to permit sufficient time to conduct the necessary depositions and other discovery in advance of engaging in mediation in an effort to reach a mutually agreeable resolution of this matter.

6.  The parties are engaged in discussions and negotiations regarding alternative dispute resolution and settlement procedures, including mediation.

7.  The parties respectfully request that the Scheduling Order be amended as follows:

| | |
|---|---|
| Written discovery answered by | March 15, 2006 |
| Amendments and supplements to pleadings | March 31, 2006 |
| All fact depositions by | July 15, 2006 |
| Referred to mediation | July 2006 |
| All trial experts designated by | August 31, 2006 |
| Expert depositions completed by | September 30, 2006 |
| Dispositive motions filed by | November 15, 2006 |
| Final pre-trial conference | January 15, 2007 (or as set by court) |
| Ready for trial as of | February 4, 2007 |

8.  No party will suffer any prejudice by the allowance of this motion.

WHEREFORE, plaintiffs Patrick Treanor, Lorraine Kelly Treanor, Allison Treanor, and Madelyn Treanor, and defendants CSX Transportation, Inc. and National Railroad Passenger Corporation hereby jointly move this Court to extend the Scheduling Order as set forth herein.

| | |
|---|---|
| PATRICK R. TREANOR, LORRAINE KELLEY TREANOR, INDIVIDUALLY, AND AS PARENT AND NEXT FRIEND OF MADELYN TREANOR, AND AS PARENT AND NEXT FRIEND OF ALLISON TREANOR | NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak") and CSX TRANSPORTATION, INC. |
| By Their Attorneys<br>COSGROVE, EISENBERG & KILEY, P.C. | By Their Attorneys<br>EDWARDS ANGELL PALMER & DODGE, LLP |
| /s/ Peter M. McElroy / WHP<br>Peter M. McElroy, Esquire (BBO #332480)<br>803 Hancock Street, P.O. Box 189<br>Quincy, MA 02170<br>Phone: (617) 479-7770 | /s/<br>Paul E. Dwyer, Jr., Esq. (BBO #553848)<br>William H. Priestley, Esq. (BBO #630627)<br>2800 Financial Plaza<br>Providence, RI 02903-2499<br>Phone: (401) 274-9200<br>Fax: (401) 276-6611 |