UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICK R. TREANOR, LORRAINE KELLEY TREANOR, INDIVIDUALLY, AND AS PARENT AND NEXT FRIEND OF MADELYN TREANOR, AND AS PARENT AND NEXT FRIEND OF ALLISON TREANOR | : C.A. NO. 05-CV-11538 NMG |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION (a/k/a "AMTRAK") AND CSX TRANSPORTATION, INC. | |

## STIPULATION OF DISMISSAL

Now come the parties to the above matter who hereby stipulate to the dismissal of the above matter, with prejudice, and without costs or fees.

Plaintiffs,
PATRICK R. TREANOR,
LORRAINE KELLEY TREANOR,
INDIVIDUALLY, AND AS PARENT
AND NEXT FRIEND OF MADELYN
TREANOR, AND AS PARENT AND
NEXT FRIEND OF ALLISON TREANOR

By and Through Their Attorneys,

_____
Peter M. McElroy (BBO #218200)
Cosgrove, Eisenberg & Kiley, P.C.
803 Hancock Street, P.O. Box 189
Quincy, MA 02170-0997

Dated: 7/31 2006

Defendants,
NATIONAL RAILROAD PASSENGER
CORPORATION (a/k/a "AMTRAK")
AND CSX TRANSPORTATION, INC.

By and Through Its Attorneys,

_____
Paul E. Dwyer, Jr. (BBO #553848)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Dated: August 2, 2006